IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. CCB-16-0464 |
| | : | |
| KIARA FOUST, | : | (Use of A Communication Facility in |
| | : | Causing And Facilitating The |
| | : | Commission of Felonies Under the |
| DEFENDANT | : | Controlled Substances Act, 21 U.S.C. § |
| | : | 843(b)) |
| | : | |

oooOooo

## SUPERSEDING INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On and between June 15, 2015, and July 13, 2015, in the District of Maryland,

**KIARA FOUST,**

the defendant herein, did knowingly and intentionally use a communication facility, to wit: the mail, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 846.

21 U.S.C. § 843(b)

9/19/2016
Date

Rod J. Rosenstein /sm
Rod J. Rosenstein
United States Attorney